IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


CRIMINAL NO. 12-50008-003          USA v. ANA VACA-GOMEZ

COURT PERSONNEL:                   APPEARANCES:

Judge: JIMM LARRY HENDREN          Govt. CLAY FOWLKES

Clerk: GAIL GARNER                 Deft. RAY NIBLOCK

Reporter: THERESA SAWYER           Interpreter: DEBBIE ANDRADE


**<u>SENTENCING MINUTE SHEET</u>**


On this date the above-named defendant appeared in person and with counsel for sentencing and is sworn.

(X)  Inquiry made that defendant is not under influence of alcohol or drugs and is able to comprehend proceedings.
(X)  Inquiry made whether defendant is under the care of a physician or taking any medication and is able to comprehend proceedings.
(X)  Inquiry made that defendant is satisfied with counsel.
(X)  Court determined that defendant and counsel have had opportunity to read and discuss presentence investigation report.
(X)  Presentence investigation report reviewed in open court.
(X)  Defendant withdraws objection 1 in open court.
(X)  Court expresses final approval of plea agreement.
(X)  Defendant moves for downward departure/variance - denied.
(X)  Attorney for government afforded opportunity to make statement to court.
(X)  Counsel for defendant afforded opportunity to speak on behalf of defendant.
(X)  Defendant afforded opportunity to make statement and present information in mitigation of sentence.
(X)  Court proceeded to impose sentence as follows:

     87 months imprisonment; 4 years supervised release; $15,000.00 fine - interest waived.

Criminal No. 12-50008-003

    (X)   Defendant ordered to comply with standard conditions of supervised release.
    (X)   Defendant ordered to pay total special assessment of $100.00 for Count 12, which shall be due immediately.
    (X)   Defendant advised of right to appeal sentence imposed.
    (X)   Defendant advised of right to apply for leave to appeal in forma pauperis.
    (X)   Counts 1, 11, 13 and forfeiture allegation dismissed on motion by the government.
    (X)   Defendant remanded to custody of USMS.


DATE: November 26, 2012        Proceeding began: 1:51 pm

                                      ended: 2:39 pm