IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CRIMINAL NO. 12-50008-005         USA v. MARLENE MARTINEZ

COURT PERSONNEL:                  APPEARANCES:

Judge: JIMM LARRY HENDREN         Govt. CLAY FOWLKES

Clerk: GAIL GARNER                Deft. SHANNON BLATT

Reporter: THERESA SAWYER

## SENTENCING MINUTE SHEET

On this date the above-named defendant appeared in person and with counsel for sentencing and is sworn.

- (X) Inquiry made that defendant is not under influence of alcohol or drugs and is able to comprehend proceedings.
- (X) Inquiry made whether defendant is under the care of a physician or taking any medication and is able to comprehend proceedings.
- (X) Inquiry made that defendant is satisfied with counsel.
- (X) Court determined that defendant and counsel have had opportunity to read and discuss presentence investigation report.
- (X) Presentence investigation report reviewed in open court.
- (X) Objections 6, 7, and 9 withdrawn in open court.
- (X) Court expresses final approval of plea agreement.
- (X) Government moves for downward departure pursuant to 5K1.1 and 3553(e) - granted and 5-level departure awarded.
- (X) Attorney for government afforded opportunity to make statement to court.
- (X) Counsel for defendant afforded opportunity to speak on behalf of defendant.
- (X) Defendant afforded opportunity to make statement and present information in mitigation of sentence.
- (X) Court proceeded to impose sentence as follows:

    62 months imprisonment; 3 years supervised release; $10,000.00 fine - interest waived.

Criminal No. 12-50008-005

- (X) Defendant ordered to comply with standard conditions of supervised release.
- (X) Defendant ordered to comply with the following special conditions of supervised release:

  Submit person, residence, place of employment, and vehicle to search upon request by USPO.

  Submit to inpatient/outpatient substance abuse testing/treatment as directed by USPO.

- (X) Defendant ordered to pay total special assessment of $100.00 for Count 10, which shall be due immediately.
- (X) Defendant advised of right to appeal sentence imposed.
- (X) Defendant advised of right to apply for leave to appeal in forma pauperis.
- (X) Count 1, and forfeiture allegation dismissed on motion by the government.
- (X) Defendant remanded to custody of USMS.

DATE: November 27, 2012          Proceeding began:  9:57 am

                                                ended: 10:38 am