IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


| | |
|---|---|
| CRIMINAL NO. 12-50008-014 | USA v. WILBER ALVARENGA |
| COURT PERSONNEL: | APPEARANCES: |
| Judge: JIMM LARRY HENDREN | Govt. CLAY FOWLKES |
| Clerk: GAIL GARNER | Deft. MOSEMARIE BOYD |
| Reporter: THERESA SAWYER | |

### SENTENCING MINUTE SHEET

On this date the above-named defendant appeared in person and with counsel for sentencing and is sworn.

- (X) Inquiry made that defendant is not under influence of alcohol or drugs and is able to comprehend proceedings.
- (X) Inquiry made whether defendant is under the care of a physician or taking any medication and is able to comprehend proceedings.
- (X) Inquiry made that defendant is satisfied with counsel.
- (X) Court determined that defendant and counsel have had opportunity to read and discuss presentence investigation report.
- (X) Presentence investigation report reviewed in open court.
- (X) Defendant withdraws objections to PSR in open court.
- (X) Government moves for downward departure pursuant to 5K1.1 and 3553(e) - granted and 5-level departure awarded by the court.
- (X) Court expresses final approval of plea agreement.
- (X) Attorney for government afforded opportunity to make statement to court.
- (X) Counsel for defendant afforded opportunity to speak on behalf of defendant.
- (X) Defendant afforded opportunity to make statement and present information in mitigation of sentence.
- (X) Court proceeded to impose sentence as follows:

    48 months imprisonment; 3 years supervised release; $7,5000.00 fine - interest waived.

Criminal No. 12-50008-014

- (X) Defendant ordered to comply with standard conditions of supervised release.
- (X) Defendant ordered to pay total special assessment of $100.00 for Count 17, which shall be due immediately.
- (X) Defendant advised of right to appeal sentence imposed.
- (X) Defendant advised of right to apply for leave to appeal in forma pauperis.
- (X) Counts 1, 15, 16, 18, and forfeiture allegation dismissed on motion by the government.
- (X) Defendant remanded to custody of USMS.

DATE: November 29, 2012          Proceeding began: 11:37 am

                                                    ended: 12:16 pm