IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


| | |
|---|---|
| CRIMINAL NO. 12-50008-015 | USA v. RODOLFO CARRILLO |
| COURT PERSONNEL: | APPEARANCES: |
| Judge: JIMM LARRY HENDREN | Govt. CLAY FOWLKES |
| Clerk: GAIL GARNER | Deft. BOB MARQUETTE |
| Reporter: THERESA SAWYER | Interpreter: DEBBIE ANDRADE |

### SENTENCING MINUTE SHEET

On this date the above-named defendant appeared in person and with counsel for sentencing and is sworn.

- (X) Inquiry made that defendant is not under influence of alcohol or drugs and is able to comprehend proceedings.
- (X) Inquiry made whether defendant is under the care of a physician or taking any medication and is able to comprehend proceedings.
- (X) Inquiry made that defendant is satisfied with counsel.
- (X) Court determined that defendant and counsel have had opportunity to read and discuss presentence investigation report.
- (X) Presentence investigation report reviewed in open court.
- (X) Government moves for downward departure pursuant to 5K1.1 - granted and 2-level departure awarded.
- (X) Court expresses final approval of plea agreement.
- (X) Attorney for government afforded opportunity to make statement to court.
- (X) Counsel for defendant afforded opportunity to speak on behalf of defendant.
- (X) Defendant afforded opportunity to make statement and present information in mitigation of sentence.
- (X) Court proceeded to impose sentence as follows:

    Time served on each count to run concurrently; 1 year supervised release on each count to run concurrently; $2,000.00 fine - interest waived.

Criminal No. 12-50008-015

- (X) Defendant ordered to comply with standard conditions of supervised release.
- (X) Defendant ordered to comply with the following special conditions of supervised release:

    Submit person, residence, place of employment, and vehicle to search upon request by USPO.

    Submit to inpatient/outpatient substance abuse testing/treatment as directed by USPO.

- (X) Defendant ordered to pay total special assessment of $200.00 for Counts 1&2, which shall be due immediately.
- (X) Defendant advised of right to appeal sentence imposed.
- (X) Defendant advised of right to apply for leave to appeal in forma pauperis.
- (X) Count 1 and forfeiture allegation of indictment dismissed on motion by the government.
- (X) Defendant remanded to custody of USMS.

DATE: November 29, 2012        Proceeding began: 1:43 pm

                                                        ended: 2:17 pm