**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**UNITED STATES OF AMERICA**                                **PLAINTIFF**

        v.         No. 5:12-cr-50008-001

**CELEN ZENDEJAS**                                                 **DEFENDANT**

### O R D E R

Now on this 11th day of April 2013, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #319), filed on March 19, 2013, to which no objections have been made. The Court has reviewed the Report and Recommendation and, being well and sufficiently advised, finds that it is proper and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation** (document #319) is **adopted *in toto***.

**IT IS FURTHER ORDERED** that, for the reasons stated in the Report and Recommendation, the defendant's pro se **Motion to Vacate Under 28 U.S.C. § 2255** (document #316) is hereby **dismissed without prejudice**.

**IT IS SO ORDERED.**

                                                     /s/ Jimm Larry Hendren
                                                     **JIMM LARRY HENDREN**
                                                     **UNITED STATES DISTRICT JUDGE**